# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**NATHAN F. SEFTON**                                                      **PLAINTIFF**

**v.**                            **NO. 1:16-CV-159-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order. This is a sentence four remand. See 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 23rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE